AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> A1C HOLDINGS, LLC, JAMES LETKO, STEVEN KING, and KATHERINE PETERSON <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* A1C Holdings, LLC
7261 Sheridan Street, Suite 220
Hollywood, Florida 33024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MORAN KIDD                           Tressler LLP
Christopher R. Parkinson, Esq.       Michael Delhagen, Esq.
111 North Orange Avenue, Suite 900   Kiera Fitzpatrick, Esq.
Post Office Box 472                  One Penn Plaza, Suite 4701
Orlando, Florida 32802               New York, New York 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____11/25/2019_____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> A1C HOLDINGS, LLC, JAMES LETKO, STEVEN KING, and KATHERINE PETERSON <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James Letko
11 Duke Court
Pittstown, NJ 08867

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MORAN KIDD
Christopher R. Parkinson, Esq.
111 North Orange Avenue, Suite 900
Post Office Box 472
Orlando, Florida 32802

Tressler LLP
Michael Delhagen, Esq.
Kiera Fitzpatrick, Esq.
One Penn Plaza, Suite 4701
New York, New York 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____11/25/2019_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MARKEL AMERICAN INSURANCE COMPANY | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| A1C HOLDINGS, LLC, JAMES LETKO, STEVEN KING, and KATHERINE PETERSON | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steven King
911 SW 72 AVE
PEMBROKE PINES, FL 33023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    MORAN KIDD                                     Tressler LLP
    Christopher R. Parkinson, Esq.     Michael Delhagen, Esq.
    111 North Orange Avenue, Suite 900  Kiera Fitzpatrick, Esq.
    Post Office Box 472                     One Penn Plaza, Suite 4701
    Orlando, Florida 32802                 New York, New York 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____11/25/2019_____                           _____
                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> A1C HOLDINGS, LLC, JAMES LETKO, STEVEN KING, and KATHERINE PETERSON <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Katherine Peterson
9 Fairview Road
Milford, New Jersey 08848

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MORAN KIDD                                    Tressler LLP
Christopher R. Parkinson, Esq.           Michael Delhagen, Esq.
111 North Orange Avenue, Suite 900   Kiera Fitzpatrick, Esq.
Post Office Box 472                              One Penn Plaza, Suite 4701
Orlando, Florida 32802                         New York, New York 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____11/25/2019_____                                                       _____
*Signature of Clerk or Deputy Clerk*