AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY<br><br>*Plaintiff(s)*<br>v.<br>A1C HOLDINGS, LLC, JAMES LETKO, STEVEN KING, and KATHERINE PETERSON<br><br>*Defendant(s)* | Civil Action No.<br><br>19-CV-62924 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  A1C Holdings, LLC
7261 Sheridan Street, Suite 220
Hollywood, Florida 33024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| MORAN KIDD | Tressler LLP |
|---|---|
| Christopher R. Parkinson, Esq. | Michael Delhagen, Esq. |
| 111 North Orange Avenue, Suite 900 | Kiera Fitzpatrick, Esq. |
| Post Office Box 472 | One Penn Plaza, Suite 4701 |
| Orlando, Florida 32802 | New York, New York 10119 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: __ Nov 26, 2019 __

Angela E. Noble
Clerk of Court

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>A1C HOLDINGS, LLC, JAMES LETKO, STEVEN )<br>KING, and KATHERINE PETERSON )<br>)<br>)<br>*Defendant(s)* ) | Civil Action No.<br><br>19-CV-62924 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  James Letko
11 Duke Court
Pittstown, NJ 08867


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  

MORAN KIDD
Christopher R. Parkinson, Esq.
111 North Orange Avenue, Suite 900
Post Office Box 472
Orlando, Florida 32802

Tressler LLP
Michael Delhagen, Esq.
Kiera Fitzpatrick, Esq.
One Penn Plaza, Suite 4701
New York, New York 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ___ Nov 26, 2019 ___

Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARKEL AMERICAN INSURANCE COMPANY )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
)
A1C HOLDINGS, LLC, JAMES LETKO, STEVEN ) 19-CV-62924
KING, and KATHERINE PETERSON )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven King
911 SW 72 AVE
PEMBROKE PINES, FL 33023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MORAN KIDD                                  Tressler LLP
Christopher R. Parkinson, Esq.              Michael Delhagen, Esq.
111 North Orange Avenue, Suite 900          Kiera Fitzpatrick, Esq.
Post Office Box 472                         One Penn Plaza, Suite 4701
Orlando, Florida 32802                      New York, New York 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ___ Nov 26, 2019 ___

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MARKEL AMERICAN INSURANCE COMPANY | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| A1C HOLDINGS, LLC, JAMES LETKO, STEVEN KING, and KATHERINE PETERSON | ) | 19-CV-62924 |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Katherine Peterson
9 Fairview Road
Milford, New Jersey 08848

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MORAN KIDD
Christopher R. Parkinson, Esq.
111 North Orange Avenue, Suite 900
Post Office Box 472
Orlando, Florida 32802

Tressler LLP
Michael Delhagen, Esq.
Kiera Fitzpatrick, Esq.
One Penn Plaza, Suite 4701
New York, New York 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ___ Nov 26, 2019 ___

Angela E. Noble
Clerk of Court

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts