UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-62924-CIV-SINGHAL

MARKEL AMERICAN INSURANCE
COMPANY,

    Plaintiff,

v.

A1C HOLDINGS, LLC, JAMES LETKO,
STEVEN KING, and KATHERINE
PETERSON,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (DE [27]). The Court having reviewed the stipulation and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of January 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF